No. 79–725. MAINE PUBLIC UTILITIES COMMISSION *v.* CENTRAL MAINE POWER Co. Sup. Jud. Ct. Me.; and

No. 79–907. INGRAM, SECRETARY, DEPARTMENT OF HUMAN SERVICES OF NEW MEXICO *v.* NOLAN. C. A. 10th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 79–972. WESTVACO CORP. ET AL. *v.* ADAMS EXTRACT Co. ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. MR. JUSTICE POWELL took no part in the consideration or decision of this order.

No. 79–5927. BURKS *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied.

No. 79–5888. BRADIN *v.* DAY, WARDEN. Motion for leave to file petition for writ of habeas corpus denied.

No. 79–5857. CLARK *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO; and

No. 79–5925. FORD *v.* ALDISERT, U. S. CIRCUIT JUDGE, ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 79–5699. RYAN ET AL. *v.* UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT. Motion for leave to file a petition for writ of mandamus denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 79–983. UNITED STATES *v.* WILL ET AL. Appeal from D. C. N. D. Ill. Further consideration of question of jurisdiction postponed to hearing of case on the merits. In addition to the questions presented by the statement as to jurisdiction, the parties are directed to address the effect of 28 U. S. C. § 455 on the jurisdiction of the District Court and on the jurisdiction of this Court.